CORAL GABLES, INC., Appellant, *v.* HARRY F. MAYER, Respondent.

(Argued March 12, 1936; decided April 14, 1936.)

*Stephen B. Vreeland* for appellant.

*Theodore J. Miller* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.